1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9          **SOUTHERN DISTRICT OF CALIFORNIA**
10
11   LARRY McIVER,                              CASE NO. 09CV1975-LAB (AJB)
12                          Plaintiff,          **ORDER ON MOTIONS IN LIMINE**
13          vs.
14   PACIFIC CARMEL MOUNTAIN
     HOLDINGS, LP,
15                          Defendants.
16

17          After receiving briefing on the parties' motions in limine, the Court on June 4, 2012

18   held a hearing. For reasons discussed at that hearing, the Court rules as follows.

19          The Motion to Exclude Certain of Plaintiff's Pretrial Exhibits (Docket no. 121) is

20   **GRANTED IN PART**. No later than June 22, 2012, Plaintiff's counsel will identify to

21   Defendants' counsel the exhibits identified in the motion, and provide them with clear copies

22   of such exhibits.

23          The Motion to Exclude or Prevent Defense Counsel from Making Disparaging

24   Remarks Against McIver (Docket no. 122) is **DENIED** as moot. The Court expects all counsel

25   to behave themselves civilly and professionally at all times.

26          The court **RESERVES** ruling on the Motion to Exclude or Prevent Defendants from

27   Offering Irrelevant/Prejudicial Evidence (Docket no. 123). No later than June 22, 2012, the

28   parties may file supplemental briefing, not to exceed five pages.

1       The Motion to Exclude Evidence Regarding Defendants' Good Faith Efforts to

2   Remove Barriers (Docket no. 124) is **DENIED**. The evidence is relevant to the extent it is

3   offered to establish a "temporary interruption" defense.

4       The Motion to Exclude Evidence Regarding Amount of Statutory Damages (Docket

5   no. 125) is **DENIED**. Either party's witnesses may be impeached with evidence of bias,

6   including their financial interest in this action.

7       The Motion to Preclude Certain Testimony by Plaintiff (Docket no. 126) is **DENIED**.

8   If the proper foundation is laid to show Plaintiff's memory has been refreshed. But

9   Defendants are not precluded from offering impeaching evidence concerning his previous

10  inability to remember.

11      The Motion to Exclude Evidence Regarding Inference Not Supported by the Record

12  and Prevent Defendant[s] from Using Physical Objects Not Received in Evidence (Docket

13  # 127) is too vague and speculative and, as such, is **DENIED**.

14      The Court **RESERVES** ruling on the Motion to Exclude Barriers (Docket # 128, 129).

15      The Court **RESERVES** ruling on the Motion to Exclude Evidence or Testimony re

16  Toilet Tissue Dispenser (Docket no. 130). Each side may file a brief not exceeding two pages

17  on the issue of Defendants' right to elect either the 1991 or the 2010 ADAAG.

18      The joint motion for leave to file an answer to the first amended complaint (Docket no.

19  115) is **GRANTED**. The answer (Docket no. 117) is accepted as filed.

20

21      **IT IS SO ORDERED**.

22  DATED:  June 6, 2012

23

24  **HONORABLE LARRY ALAN BURNS**
    United States District Judge

25

26

27

28

09CV1975